UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>          Plaintiff,<br>   v.<br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.63.151.134,<br>          Defendant. | Case No. 3:23-cv-01979-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 9 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: July 25, 2023

_____
WILLIAM H. ORRICK
United States District Judge